IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FERNANDO U. SANCHEZ,

    Petitioner,        No. 2:12-cv-1741 CKD P

  vs.

RICK HILL,

    Respondent.      <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The application attacks a conviction issued by the Los Angeles County Superior Court. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Los Angeles County. <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

/////

/////

/////

1         Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2 matter is transferred to the United States District Court for the Central District of California.
3  Dated: July 10, 2012

                                                         _____
                                                         CAROLYN K. DELANEY
                                                          UNITED STATES MAGISTRATE JUDGE

9  1/kly
   sanc1741.108